Supp. 35, the judgment appealed from should be reversed, with costs, and with leave to defendant to withdraw demurrer, and answer over on payment of costs in the court below and of this appeal.

PEETSCH v. QUINN.    In re CURRAN. (City Court of New York, General Term. December 12, 1896.) Action by Henry C. L. Peetsch against William H. Quinn. For former report see 33 N. Y. Supp. 87. Johnson & Johnson, for appellant. M. H. Curran, for respondent.

FITZSIMONS, J. We think that the proceeding herein against Curran was a special proceeding, and, as costs were therein awarded Curran, he had the right to examine the plaintiff under the order granted herein. Plaintiff having failed to pay such costs, the remedy so taken, in our judgment, was not objectionable merely because it was retroactive. The order must be affirmed, with costs.

PENDERGAST v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by Kate Pendergast against the Union Railway Company. No opinion. Motion denied. See 41 N. Y. Supp. 927.

PEOPLE, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Criminal proceeding against Fred Allen. No opinion. Judgment of conviction and order affirmed, and, when the judgment is entered, the proceedings remitted, pursuant to sections 547, 548, of the Code of Criminal Procedure, to the county court of Orleans county.

PEOPLE v. DE RIVIERE. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by the people of the state of New York against Lucien de Riviere. No opinion. Motion granted by consent.

PEOPLE, Respondent, v. FLAGG, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Jared Flagg, Jr. No opinion. Motion dismissed.

PEOPLE, Respondent, v. FLAGG, Appellant. (Supreme Court, Appellate Division. First Department. December 18, 1896.) Proceeding against Jared Flagg, Jr. C. Haldane, for appellant. J. D. Lindsay, for respondent. No opinion. Motion to dismiss appeal for failure to serve papers granted.

PEOPLE v. FLAGG. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by the people against Jared Flagg, Jr.

PER CURIAM. This is a motion to remit the judgment roll to the clerk of the court of general sessions for amendment. It appears that some of the criticisms upon the part of the appellant in respect to the contents of the judgment roll are well taken. As is claimed by the appellant, the judgment roll does not state the offense of which the defendant was convicted except by reference to the indictment, and such practice seems to have been condemned in the case of People v. O'Neil, 47 Hun, 155. Neither does it appear what disposition was made of the first, third, and fifth counts of the indictment. In all other respects the judgment roll seems to be a substantial compliance with the provisions of the Code. The motion should be granted so far as to remit the judgment roll for correction in the respects to which attention has been called, and denied as to the other matters suggested by the counsel for the appellant.

PEOPLE v. GARRETT. (Supreme Court, Appellate Division, First Department. January 15, 1897.) Proceeding against Henry D. Garrett. No opinion. Motion denied.

PEOPLE v. GILES et al. (Supreme Court, Appellate Division, First Department. January 15, 1897.) No opinion. Motion denied. See 42 N. Y. Supp. 749.

PEOPLE v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Gussie Goldstein. No opinion. Motion granted.

PEOPLE, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1897.) Proceeding against Thomas J. Kelly. No opinion. Motion to amend the order denied. See 42 N. Y. Supp. 756.

PEOPLE v. MALLISON. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Mary N. Mallison. No opinion. Motion granted.

PEOPLE v. RILEY. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against James Riley. No opinion. Motion granted.

PEOPLE, Respondent, v. SOLOMON, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by the people of the state of New York against Moses Solomon. Arthur C. Palmer, for appellant. John D. Lindsay, for the People.

PER CURIAM. For the reasons stated in the opinion in the case of People v. Solomon, (decided herewith) 42 N. Y. Supp. 573, the judgment appealed from should be affirmed.

PEOPLE v. VELLUCCIO. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Alexandro Velluccio. No opinion. Motion granted.

PEOPLE v. WALDRON. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Robert H. Waldron. No opinion. Motion granted.

PEOPLE v. WONG SING. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Wong Sing. No opinion. Motion granted.